**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:   KEVIN AMBROSE BURNS,                    Case No.: 20-21071-LMI
                                                  Chapter: 13

_____
                 Debtor(s)

### OBJECTION TO CONFIRMATION OF FOURTH AMENDED PLAN (D.E. 51) FILED ON BEHALF OF SECURED CREDITOR LARRY S. SAZANT, TRUSTEE

COMES NOW, LARRY S. SAZANT, TRUSTEE (the "Secured Creditor"), by and through his undersigned counsel and objects to the confirmation of the FOURTH Amended Plan (the "Plan") (D.E. 51) and any future Plan(s) filed by the Debtor to the extent that such Plan(s) contains the provision to which this Objection is directed. In support of this Objection, the Creditor avers as follows:

1. On October 9, 2020, Kevin Ambrose Burns (the "Debtor") commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code (D.E. 1).

2. Secured Creditor holds a security interest in Debtor's real property located at 2065 Alamanda Drive, Miami, Florida 33181 (the "Property"), by virtue of a Mortgage and Security Agreement which is recorded in Official Records Book 24690, at Pages 2417-2427, of the Public Records of Miami-Dade County, Florida.  The Mortgage secured a Promissory Note in the amount of $175,000.00.

3. On December 18, 2020, the Secured Creditor filed a Proof of Claim (POC No. 9) which sets forth the entire amount due in the amount of $778,630.00 as the loan matured.

4. According to the Plan (D.E. 51), Debtor proposes to retain the Property and pay only the *regular* monthly mortgage payments and cure the pre-petition arrearage to the first mortgagee,

Deutsche Bank National Trust Company and fails to provide for payment in full to Secured Creditor.

5. Debtor's Plan fails to provide for the Creditor's secured claim.

6. The Plan fails to comply with 11 U.S.C. §1325(a)(5) in that it does not provide adequate protection for Secured Creditor's interest pursuant to 11 U.S.C. §361. In addition, Creditor does not agree to such treatment through the Plan.

7. Accordingly, Secured Creditor objects to the Plan and any proposed Plan that is inconsistent with Creditor's Claim or is not amended or modified to overcome his objections.

8. Secured Creditor requests that the Plan be amended to provide for Secured Creditor's claim or surrender the Property.

9. Secured Creditor hereby reserves the right to supplement and/or amend this Objection.

**WHEREFORE**, Creditor, LARRY S. SAZANT, TRUSTEE, respectfully requests the Court deny confirmation of the proposed Plan(s) and grant it such additional relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following document was furnished via electronic transmission to Patrick L. Cordero, Esquire, attorney for Debtor, at ecfmail@pcorderolaw.com, Nancy K. Neidich, Chapter 13 Standing Trustee, at e2c8f01@ch13miami.com, ecf2@ch13miami.com and to the parties who are currently on the list to receive e-mail notice/service for this case on February 26, 2021.

/s/ Denise M. Blackwell-Pineda
Denise M. Blackwell-Pineda, Esq.
Florida Bar Number: 751421
RITTER, ZARETSKY, LIEBER & JAIME, LLP
2800 Biscayne Boulevard, Suite 3500
Miami, Florida 33137
Telephone: (305) 372-0933
Attorney for Creditor, Larry S. Sazant, Trustee
Email: Denise@rzllaw.com